# United States District Court
## Southern District of Texas
### Holding Session in Corpus Christi

| United States of America | JUDGMENT IN A CRIMINAL CASE |
|---|---|
| v. | (For **Revocation** of Probation or Supervised Release) |
| **SANTOS GARCIA, JR.** | (For Offenses Committed On or After November 1, 1987) |
|  | Case Number: **2:99CR00324-S-005** |
|  | USM Number: 89111-079 |
|  | Alfred Montelongo |
|  | Defendant's Attorney |

☐ See Additional Aliases.

**THE DEFENDANT:**

☒ admitted guilt to violation of condition(s) <u>1 and 2</u> of the term of supervision.

☐ was found in violation of condition(s) _____ after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1 | Failure to Abide by the Drug Treatment Program's Rules and Regulations | 11/30/2007 |
| 2 | Failure to Report and Failure to Submit a Monthly Supervision Report | 12/31/2007 |

☐ See Additional Violations.

The defendant is sentenced as provided in pages 2 through 2 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant shall notify the court and United States attorney of material changes in economic circumstances.

Defendant's Soc. Sec. No.: XXX-XX-0800
Defendant's Date of Birth: 1968

February 7, 2008
Date of Imposition of Judgment

Defendant's Residence Address:
Gregory, Texas

*Janis Graham Jack*
Signature of Judge

Defendant's Mailing Address:
Gregory, Texas

**JANIS GRAHAM JACK**
**UNITED STATES DISTRICT JUDGE**
Name and Title of Judge

February 14, 2008
Date

JJ | BRH/MAP

DEFENDANT: **SANTOS GARCIA, JR.**
CASE NUMBER: **2:99CR00324-S-005**

# IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of   <u>12 months and 1 day</u>.

☐ See Additional Imprisonment Terms.

☐ The court makes the following recommendations to the Bureau of Prisons:

☒ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:
  ☐ at _____ ☐ a.m. ☐ p.m. on _____ .
  ☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
  ☐ before 2 p.m. on _____ .
  ☐ as notified by the United States Marshal.
  ☐ as notified by the Probation or Pretrial Services Office.

# RETURN

I have executed this judgment as follows:

_____
_____
_____

  Defendant delivered on _____ to _____
at _____, with a certified copy of this judgment.

                                                    _____
                                                       UNITED STATES MARSHAL

                                       By _____
                                              DEPUTY UNITED STATES MARSHAL